UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:11-cr-313-GMN-RJJ |
| | ) | |
| ALLAN SHEPPARD, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

The Court granted Monique Kirtley's oral motion to withdraw as counsel on March 19, 2012, and ordered new counsel appointed. Therefore;

IT IS HEREBY ORDERED that Mace J. Yampolsky, Esq. is appointed as counsel for Allan Sheppard in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Yampolsky forthwith.

DATED this 19th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge