# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                                               )
                Plaintiff,      )
   vs.                                )     Case No.: 2:11-CR-00313-GMN-RJJ
                                             )
ALAN SHEPPARD,              )     **ORDER**
                                             )
                Defendant.   )
                                           )

Plaintiff, UNITED STATES OF AMERICA, is hereby ordered to produce for inspection, the entire, complete and unredacted file of Confidential Informant Lamont Adams **TODAY, August 3, 2012 at 11:30 a.m. in Courtroom 7D** of the United States District Court.

**IT IS SO ORDERED** this 3rd day of August, 2012.

_____
Gloria M. Navarro
United States District Judge